```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| CHRISTOPHER MONTES, | : | |
| | : | Civil Action No. 09-3726 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WARDEN J. GRONDOLSKY, | : | |
| | : | |
| Defendant. | : | **CLOSED** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this   5th    day of    August       , 2009,

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed In Forma Pauperis; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Petition or assessing a filing fee; and it is further

ORDERED that if Petitioner wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days of the date of entry of this Order; Petitioner's writing shall include either (1) a complete in forma pauperis application, including an affidavit of indigence and six-month prison account statement, for the six-month period immediately preceding the July 26, 2009, date of the Petition, certified by the appropriate

official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.


At Camden, New Jersey                /s/ NOEL L. HILLMAN
                                     Noel L. Hillman
                                     United States District Judge